| | |
|---|---|
| 1  LAW OFFICES OF DIRK BRUINSMA<br>    DIRK BRUINSMA, Bar No. 102625<br>2  635 Camino de los Mares, Suite 201<br>    San Clemente, CA  92673<br>3  Telephone:  (949) 443-9030<br>    Facsimile:  (949) 443-9035<br>4<br>    Attorneys for Plaintiff<br>5  DOUG LACKEY | JS-6 |

6  GILBERT, KELLY, CROWLEY & JENNETT
    ARTHUR J. MCKEON, III, Bar No. 082540
7  VANESSA H. HUBERT, Bar No. 128138
    1055 West Seventh Street, Suite 2000
8  Los Angeles, California  90017-2577
    Telephone:  (213) 615-7000
9  Facsimile:  (213) 615-7100

10  Attorneys for Defendant
     IRON SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DOUG LACKEY,<br><br>         Plaintiff,<br><br>    v.<br><br>IRON SOLUTIONS, INC.,<br><br>         Defendant | Case No. SACV 09-1302-DOC(RNBx)<br><br>Assigned for All Purposes To:<br>Judge:  Hon. David O. Carter<br>Crtrm:  309<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of counsel, IT IS ORDERED that this case is remanded back to Orange County Superior Court, Case No. 30-2009-00300835, for any future enforcement of the settlement agreement and Case No. SACV 09-1302-DOC (RNBx) is dismissed in its entirety without prejudice.

Dated:  __February 26, 2010_____      _/s/ David O. Carter_____

                                        Hon. David O. Carter
                                        Judge, United States District Court